**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EMILY BRUNNER and CAITLIN TUROWSKI, individually and on behalf of all persons similarly situated, as Class/Collective representatives, | Case No. 1:14-cv-05509 |
| | Honorable Charles P. Kocoras |
| Plaintiffs, | Magistrate Judge Jeffrey Cole |
| v. | |
| JIMMY JOHN LIAUTAUD, JIMMY JOHN'S, LLC, JIMMY JOHN'S ENTERPRISES, LLC, JS FORT GROUP, INC., JJ SEVERSON AFFILIATES FIVE, INC., JJ SEVERSON AFFILIATES, INC., JIMMY JOHN'S FRANCHSE, LLC, JEFFREY S. FORT, TODD SEVERSON, and BROOKE SEVERSON, | |
| Defendants. | |

**DEFENDANTS JS FORT GROUP, INC.,**
**JEFFREY S. FORT, JJ SEVERSON AFFILIATES, INC., JJ SEVERSON**
**AFFILIATES FIVE, INC., TODD SEVERSON, AND BROOKE**
**SEVERSON'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' FIRST**
**AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendants JS FORT GROUP, INC., JEFFREY S. FORT (the "Fort Defendants"), JJ SEVERSON AFFILIATES, INC., JJ SEVERSON AFFILIATES FIVE, INC., TODD SEVERSON, and BROOKE SEVERSON (the "Severson Defendants") (collectively the "Franchisee Defendants"), by their counsel Jackson Lewis P.C., and pursuant to Fed. R. Civ. P. 12(b)(6) ("Rule 12(b)(6)"), move for the dismissal of Counts III through VI of Plaintiff's First Amended Class Action Complaint. In support of their Motion, the Franchisee Defendants rely upon the attached Memorandum of Law in Support of their Motion for Partial Dismissal of

Plaintiffs' First Amended Class Action Complaint Pursuant to Rule 12(b)(6), the pleadings on file with this Court, and applicable case law and court rules.

WHEREFORE, the Franchisee Defendants respectfully request that the Court grant their Motion for Partial Dismissal of Plaintiffs' First Amended Class Action Complaint Pursuant to Rule 12(b)(6) in its entirety, enter a Judgment in the Franchisee Defendants' favor and award the Franchisee Defendants their costs and fees incurred in defending against this frivolous lawsuit.

Respectfully submitted,

By: /s/ Jeffrey L. Rudd_____
  Jeffrey L. Rudd
  Matthew S. Disbrow
  Gregory Andrews

JACKSON LEWIS P.C.
150 North Michigan Ave., Suite 2500
Chicago, Illinois 60601
Telephone: (312) 787-4949

JACKSON LEWIS P.C.
2000 Town Center, Suite 1650
Southfield, Michigan 48075
Telephone: (248) 936-1900

*Attorneys for the Franchisee Defendants*

Date: November 21, 2014

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 21, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

By:     /s/ Jeffrey L. Rudd