# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMILY BRUNNER and CAITLIN TUROWSKI, individually and on behalf of all persons similarly situated, as Class/Collective representatives, <br><br> Plaintiffs, <br><br> v. <br><br> JIMMY JOHN LIAUTAUD, JIMMY JOHN'S, LLC JIMMY JOHN'S FRANCHISOR, LLC JS FORT GROUP, INC., JJ SEVERSON AFFILIATES FIVE, INC. JJ SEVERSON AFFILIATES, INC. JIMMY JOHN'S FRANCHISE, LLC, JEFFREY S. FORT, TODD SEVERSON, and BROOKE SEVERSON, <br><br> Defendants. | Case No.: 14-cv-05509 <br><br> Hon. Judge Kocoras <br><br> Magistrate Judge Cole <br><br> Jury Trial Demanded on All Counts |

## CONSENT TO BECOME A PARTY

I, __Emily Brunner__, hereby consent to become a party Plaintiff in the foregoing lawsuit against **JIMMY JOHN LIAUTAUD, JIMMY JOHN'S, LLC, JIMMY JOHN'S FRANCHISOR, LLC, JS FORT GROUP, INC., JJ SEVERSON AFFILIATES FIVE, INC., JJ SEVERSON AFFILIATES, INC., JIMMY JOHN'S FRANCHISE, LLC, JEFFREY S. FORT, TODD SEVERSON, and BROOKE SEVERSON,** in pursuit of proper redress of claims made under the Fair Labor Standards Act; 29 U.S.C. Section 216(b), the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq.*, the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 *et seq.*

I hereby name the law firm of Foote, Mielke, Chavez & O'Neil, LLC, to represent me in this suit.

_[signature]_
Signature

_Emily Brunner_
Printed Name

[redacted]
Address

[redacted]
City, State, and Zip Code