**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EMILY BRUNNER and CAITLIN TUROWSKI, individually and on behalf of all persons similarly situated, as Class/Collective representatives,<br><br>           Plaintiffs,<br><br>    v.<br><br>JAMES JOHN LIAUTAUD, JIMMY JOHN'S, LLC, JIMMY JOHN'S ENTERPRISES, LLC, JS FORT GROUP, INC., JJ SEVERSON AFFILIATES FIVE, INC., JJ SEVERSON AFFILIATES, INC., JIMMY JOHN'S FRANCHISE, LLC, JEFFREY S. FORT, TODD SEVERSON, and BROOKE SEVERSON,<br><br>           Defendants. | Case No. 1:14-cv-05509<br><br>Honorable Charles P. Kocoras<br><br>Magistrate Judge Jeffrey Cole |

## **AGREED MOTION FOR ENTRY OF PROPOSED AGREED PROTECTIVE ORDER**

      Defendants Jimmy John's, LLC, Jimmy John's Enterprises, LLC, and Jimmy John's Franchise, LLC (collectively, "Jimmy John's"), by their attorneys and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, respectfully moves the Court for the entry of the proposed Agreed Protective Order. In support of this motion, Defendants state as follows:

      1.     The Parties anticipate producing various documents and information in this proceeding of a confidential nature, including competitively sensitive information about Defendants' policies, and personal information regarding current and/or former employees. These documents may be relevant to the subject matter of this case.

2. Defendants treat this information as confidential. Defendants also limit access to this information because the documents contain information inappropriate for distribution to third parties.

3. The proposed Agreed Protective Order permits Defendants' and Plaintiffs' respective counsel to review and use the confidential information with their respective clients and certain non-party witnesses, so long as these individuals review and agree not to disclose the confidential information for purposes outside the scope of this litigation.

4. On May 1, 2015, Plaintiffs' counsel informed Defendants' counsel that the terms of the proposed Agreed Protective Order are acceptable, and that they have no objections to Defendants' Motion for Entry of Proposed Agreed Protective Order.

WHEREFORE, Defendants Jimmy John's, LLC, Jimmy John's Enterprises, LLC, and Jimmy John's Franchise, LLC, respectfully request that the Court grant this motion and enter the proposed Agreed Protective Order.

**DATED: May 1, 2015**

Gerald L. Maatman, Jr.
Jennifer A. Riley
Matthew J. Gagnon
Giselle Perez de Donado
Jason J. Englund
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois  60603
Telephone:	(312) 460-5000
Facsimile:	(312) 460-7000

Respectfully submitted

JIMMY JOHN'S, LLC
JIMMY JOHN'S ENTERPRISES, LLC
JIMMY JOHN'S FRANCHISE, LLC

By:   s/Gerald L. Maatman, Jr.
            One of Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May 2015, I electronically filed the foregoing **Agreed Motion For Entry Of Proposed Agreed Protective Order** with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, including the following:

Kathleen Currie Chavez
Kevin Paul Noll
Peter Lawrence Currie
Robert M. Foote
Foote, Mielke, Chavez & O'Niel, LLC
10 West State St., Suite #200
Geneva, IL 60134

Mary-Christine Sungaila
Christy D. Joseph
Snell & Wilmer LLP
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

Myron Milton Cherry
Jacie C. Zolna
Alexandra Leigh Nickow
Myron M. Cherry & Associates
30 North LaSalle Street
Suite 2300
Chicago, IL 60602
(312) 372-2100

Gregory Harvey Andrews
Allan S. Rubin
Jeffrey L. Rudd
Jackson Lewis P.C.
150 N. Michigan Ave., Suite 2500
Chicago, IL 60601

Andrew Kopon , Jr.
Colette Lynn Kopon
Eleonora Paloma Khazanova
Kopon Airdo, LLC
233 S. Wacker Drive
Suite 4450
Chicago, IL 60606

Matthew Scott Disbrow
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
Detroit, MI 48226

    /s/ Gerald L. Maatman, Jr.
Gerald L. Maatman, Jr.

3

19709469v.1