## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Emily Brunner, et al.

                      Plaintiff,

v.                                            Case No.: 1:14−cv−05509
                                                       Honorable Charles P. Kocoras

Jimmy John's Enterprises, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 9, 2016:

       MINUTE entry before the Honorable Charles P. Kocoras: By request and agreement of the parties, Status hearing set for 2/11/2016 at 9:00 a.m. is reset to 10:30 a.m.(TIME CHANGE ONLY)Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.