# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EMILY BRUNNER and CAITLIN TUROWSKI, individually and on behalf of all persons similarly situated, as Class/Collective representatives,<br><br>    Plaintiffs,<br><br>  v.<br><br>JIMMY JOHN'S, LLC,<br>JIMMY JOHN'S ENTERPRISES, LLC,<br>JS FORT GROUP, INC.,<br>JJ SEVERSON AFFILIATES FIVE, INC.,<br>JJ SEVERSON AFFILIATES, INC.,<br>JIMMY JOHN'S FRANCHISE, LLC,<br>JEFFREY S. FORT,<br>TODD SEVERSON, and<br>BROOKE SEVERSON,<br><br>    Defendants. | Case No. 14-CV-05509<br><br>Hon. Judge Kocoras<br><br>Magistrate Judge Cole |
| ALEXANDER WHITON, individually and on behalf of all persons similarly situated, as Class/Collective representative,<br><br>    Plaintiff,<br><br>  v.<br><br>JIMMY JOHN'S, LLC, JIMMY JOHN'S ENTERPRISES, LLC, JJ SEVERSON AFFILIATES FIVE, INC., JJ SEVERSON AFFILIATES, INC., JIMMY JOHN'S FRANCHISE, LLC, TODD SEVERSON, and BROOKE SEVERSON,<br><br>    Defendants. | Case No: 15-CV-01681 |

24495509v.1

| | |
|---|---|
| SCOTT WATSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>JIMMY JOHN'S, LLC, JIMMY JOHN'S FRANCHISE, LLC, JIMMY JOHN'S ENTERPRISES, LLC,<br><br>        Defendants. | Case No. 15-CV-6010 |

## NOTICE OF MOTION

TO:  ALL COUNSEL OF RECORD

      PLEASE TAKE NOTICE that on Thursday, February 11, 2016 at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles P. Kocoras or whomever may be sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division located at 219 S. Dearborn, Room 2325, Chicago, Illinois, and present the attached **JOINT MOTION FOR ENTRY OF STIPULATION AND ORDER REGARDING PROCEDURE FOR DISSEMINATION OF COLLECTIVE ACTION NOTICE**, a copy of which is hereby served upon you.

| | |
|---|---|
| **DATED: February 9, 2016** | Respectfully submitted,<br><br>JIMMY JOHN'S, LLC<br>JIMMY JOHN'S ENTERPRISES, LLC<br>JIMMY JOHN'S FRANCHISE, LLC<br><br>By: /s/ Gerald L. Maatman, Jr.<br>      One of Their Attorneys |

Gerald L. Maatman, Jr.
Matthew J. Gagnon
Christina M. Janice
Peter J. Wozniak
Jason J. Englund
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois  60603-5577
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
Chicago, Illinois  60603-5577
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

24495509v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2016, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, including the following:

Kathleen Currie Chavez
Kevin Paul Noll
Peter Lawrence Currie
Robert M. Foote
Foote, Mielke, Chavez & O'Niel, LLC
10 West State St., Suite #200
Geneva, IL 60134

Mary-Christine Sungaila
Snell & Wilmer LLP
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Myron Milton Cherry
Jacie C. Zolna
Myron M. Cherry & Associates
30 North LaSalle Street
Suite 2300
Chicago, IL 60602
(312) 372-2100

Drew Legando
Jack Landskroner
Landskroner Grieco Merriman LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
T. (216) 522-900
F. (216) 522-9007
drew@lgmlegal.com
jack@lgmlegal.com

Andrew Kopon , Jr.
Colette Lynn Kopon
Eleonora Paloma Khazanova
Kopon Airdo, LLC
233 S. Wacker Drive
Suite 4450
Chicago, IL 60606

Matthew Scott Disbrow
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
Detroit, MI 48226

Anand C. Mathew
Honigman Miller Schwartz and Cohn LLP
One South Wacker Dr., 28th Floor
Chicago, IL 60606

Justin M. Swartz
Michael N. Litrownik
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
T. (212) 245-1000
F. (646) 509-2060
JMS@outtengolden.com
mlitrownik@outtengolden.com

3

24495509v.1

| | |
|---|---|
| Alan L. Quiles | Seth R. Lesser |
| Gregg I. Shavitz | Fran L. Rudich |
| Shavitz Law Group, P.A. | Klafter Olsen & Lesser LLP |
| 1515 S. Federal Highway | Two International Drive, Suite 350 |
| Suite 404 | Rye Brook, NY 10573 |
| Boca Raton, FL 33432 | 914-934-9200 |
| 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 | 914-934-9220 (fax) |
| 561-447-8831 (fax) | slesser@klafterolsen.com |
| aquiles@shavitzlaw.com | fran@klafterolsen.com |
| gshavitz@shavitzlaw.com | |

Douglas M. Werman
Maureen Ann Salas
Werman Salas P.C.
77 West Washington
Suite 1402
Chicago, IL 60602
312-419-1008
312-419-1025 (fax)
dwerman@flsalaw.com
msalas@flsalaw.com


/s/ Gerald L. Maatman, Jr.
Gerald L. Maatman, Jr.