**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Emily Brunner, et al.
                                        Plaintiff,

v.                                                        Case No.: 1:14−cv−05509
                                                                       Honorable Charles P. Kocoras

Jimmy John's Enterprises, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 17, 2016:

      MINUTE entry before the Honorable Charles P. Kocoras: Attorney Kimberly Ann Yourchock Application to appear pro hac vice on behalf of defendants Brooke Severson, JJ Severson Affiliates Five, Inc. JJ Severson Affiliates, Inc. Jeffrey S. Fort and JS Fort Group, Inc. [247] is granted. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.