# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

**ORDER**

October 19, 2017

*By the Court:*

| No. 17-1655 | IN RE:<br>JIMMY JOHN'S OVERTIME LITIGATION |
|---|---|
| **Originating Case Information:** ||
| District Court Nos: 1:14-cv-05509, 1:15-cv-01681, 1:15-cv-06010<br>Northern District of Illinois, Eastern Division<br>District Judge Charles P. Kocoras ||

Upon consideration of the **DEFENDANTS-APPELLEES' UNOPPOSED MOTION PURSUANT TO SEVENTH CIRCUIT OPERATING PROCEDURE RULE 10**, filed on October 18, 2017, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court shall return documents no. 305, 548, 570, 572, 574, 576, and 598 to the district court to be kept under seal in that court.

form name: **c7_Order_BTC**(form ID: **178**)